1
2
3
4
5
6
7

**FILED**

FEB 2 7 2012

CLERK, U.S. DISTRICT CO...
SOUTHERN DISTRICT OF CA...
BY                      D...

8          UNITED STATES DISTRICT COURT

9          SOUTHERN DISTRICT OF CALIFORNIA

10

11   JERRY WAYNE YOUNG,                          Civil No.    12-0450 BEN (RBB)

12                          Petitioner,

13               vs.                             **SUMMARY DISMISSAL OF**
                                                 **SUCCESSIVE PETITION PURSUANT**
14   WILLIAM B. KNIPP,                           **TO 28 U.S.C. § 2244(b)(3)(A)**
                                                 **GATEKEEPER PROVISION**
15                          Respondent.

16          Petitioner, Jerry Wayne Young, a state prisoner proceeding pro se, has filed a Petition for Writ

17   of Habeas Corpus pursuant to 28 U.S.C. § 2254  together with a request to proceed in forma pauperis.

18   The Court does not rule on Petitioner's request to proceed in forma pauperis because this case is

19   summarily dismissed pursuant to 28 U.S.C. § 2244(b)(3)(A) as indicated below.

20          **PETITION BARRED BY GATEKEEPER PROVISION**

21          The instant Petition is not the first petition for a writ of habeas corpus Petitioner has submitted

22   to this Court challenging his March 20, 2005 conviction in San Diego Superior Court, Case No. SCD

23   145402.  On February 5, 2002, Petitioner filed in this Court a Petition for Writ of Habeas Corpus in Case

24   No. 02cv0225 WQH (JFS).  In that petition, Petitioner challenged his conviction in San Diego Superior

25   Court, Case No. SCD 145402 as well.  On September 1, 2004, this Court denied the petition on the

26   merits. (*See* Case No. 02cv0225 WQH (JFS), Sept. 1, 2004 Order [ECF No. 84].)  Since then, Petitioner

27   has filed two other petitions pursuant to 28 U.S.C. § 2254 in this Court challenging his San Diego

28   Superior Court conviction in Case No. SCD 145402.  In Case No. 04cv0569 BEN (POR), Petitioner

1  challenged his conviction in Case No. SCD 145402, and the case was dismissed on statute of limitations

2  grounds. (*See* Case No. 04cv0569 BEN (POR), ECF Nos. 1, 31.) In Case No. 11cv0460 JAH (NLS),

3  Petitioner challenged his conviction in Case No. SCD 145402, and the case was dismissed as second or

4  successive. (*See* Case No. 11cv0460 JAH (NLS), ECF Nos. 1, 6.)

5  Petitioner is now seeking to challenge the same conviction he challenged in his prior federal

6  habeas petitions. Unless a petitioner shows he or she has obtained an order from the appropriate court

7  of appeals authorizing the district court to consider a successive petition, the petition may not be filed

8  in the district court. *See* 28 U.S.C. § 2244(b)(3)(A); *see also Murray v. Greiner*, 394 F.3d 78, 81 (2d

9  Cir. 2005) (holding that dismissal for failure to comply with one-year statute of limitations renders

10  subsequent petitions challenging the same conviction or sentence "second or successive" under 2244(b)).

11  Here, there is no indication that the Ninth Circuit Court of Appeals has granted Petitioner leave to file

12  a successive petition.

13  ## CONCLUSION

14  Because there is no indication that Petitioner has obtained permission from the Ninth Circuit

15  Court of Appeals to file a successive petition, this Court cannot consider his Petition. Accordingly, the

16  Court **DISMISSES** this action without prejudice to Petitioner filing a petition in this court if he obtains

17  the necessary order from the Ninth Circuit Court of Appeals. ***The Clerk of Court is directed to mail***

18  ***Petitioner a blank Ninth Circuit Application for Leave to file a Second or Successive Petition form***

19  ***together with a copy of this Order.***

20  **IT IS SO ORDERED.**

21

22  DATED: February 27, 2012

23  HON. ROGER T. BENITEZ
   United States District Court Judge

24

25

26

27

28

12cv0450